DANIEL MALAKAUSKAS, *Pro Hac Vice*
MALAKAUSKAS LAW, APC
1930 Village Center Circle
Suite 3-355
Las Vegas, NV 89134
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Robert Briones**

R. ISAAK HURST, *ABA No. 1610087*
INTERNATIONAL MARITIME GROUP, PLLC
701 Fifth Avenue, 42nd Floor
Seattle, WA 98104
Tel: 206-707-8338/ Cell: 206-428-3410
Hurst@martime.law

*Attorney for Defendant:* **Fish House Charters, LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| **ROBERT BRIONES**,<br><br>                    Plaintiff,<br><br>v.<br><br>**FISH HOUSE CHARTERS, LLC,** and **DOES** 1-10, Inclusive,<br><br>                    Defendants. | Case No.:  3:25-cv-00150-HRH<br><br>**STIPULATED NOTICE OF SETTLEMENT AND REQUEST FOR THIRTY (30) DAYS TO FILE DISMISSAL** |

    **LET THIS HONORABLE COURT TAKE NOTICE**, that **ROBERT BRIONES** (hereafter, "Plaintiff"), and **FISH HOUSE CHARTERS, LLC** (hereafter, "Defendant"), have tentatively settled the lawsuit, and that the Parties, through their respective counsels of record, are notifying this Honorable Court of such settlement.

    **PLEASE TAKE FURTHER NOTICE,** that the Parties request from this Court for thirty (30) days to file a stipulated dismissal, so that the Parties may enter into a written agreement delineating the terms of the settlement, and ensuring such performance.

Date:  December 8th, 2025        /s/Daniel Malakauskas_____
                                 By: Daniel Malakauskas, of,
                                 MALAKAUSKAS LAW, APC,
                                 Attorney for Plaintiff


Date:  December 8th, 2025        /s/R. Isaak Hurst_____
                                 By: R. Isaak Hurst, of,
                                 INTERNATIONAL MARITIME
                                 GROUP, PLLC, Attorney for Defendant