DANIEL MALAKAUSKAS, *Pro Hac Vice*
MALAKAUSKAS LAW, APC
1930 Village Center Circle
Suite 3-355
Las Vegas, NV 89134
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Robert Briones**

R. ISAAK HURST, *ABA No. 1610087*
INTERNATIONAL MARITIME GROUP, PLLC
701 Fifth Avenue, 42nd Floor
Seattle, WA 98104
Tel: 206-707-8338/ Cell: 206-428-3410
Hurst@martime.law

*Attorney for Defendant*: **Fish House Charters, LLC**

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| **ROBERT BRIONES**, <br><br> Plaintiff, <br><br> v. <br><br> **FISH HOUSE CHARTERS, LLC,** and **DOES** 1-10, Inclusive, <br><br> Defendants. | Case No.: 3:25-cv-00150-HRH <br><br><br> **STIPULATED DISMISSAL WITH PREJUDICE** |

    **IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Stipulated Dismissal with Prejudice

Date: January 12th, 2026                     /s/Daniel Malakauskas_____
By: Daniel Malakauskas, of,
MALAKAUSKAS LAW, APC,
Attorney for Plaintiff


Date: January 12th, 2026                     /s/R. Isaak Hurst_____
By: R. Isaak Hurst, of,
INTERNATIONAL MARITIME
GROUP, PLLC, Attorney for Defendant